**Bonnie Allen-Sailer**, OSB #145178
bonnie@nwjp.org
**Corinna Spencer-Scheurich**, OSB #130147
corinna@nwjp.org
Northwest Workers' Justice Project
812 SW Washington St, Suite 225
Portland, OR 97205
Telephone: (503) 525-8454
Facsimile: (503) 946-3029

**D. Michael Dale**, OSB #771507
michaeldale@dmichaeldale.net
Law Office of D. Michael Dale
P.O. Box 1032
Cornelius, OR 97113
Telephone: (503) 357-8290
Facsimile: (503) 946-3089

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| JUAN LOPEZ AYALA and MOSHE DABOUB, individuals,<br><br>Plaintiffs,<br><br>v.<br><br>COOK FAMILY BUILDERS LLC, an Oregon limited liability company, ZANE COOK, an individual, and SHELBYVILLE PROPERTIES LLC, an Oregon limited liability company, d.b.a. Shelbyville Remodeling,<br><br>Defendants. | Civil No.: 3:17-cv-00266-PK<br><br>DEFAULT JUDGMENT AGAINST DEFENDANTS COOK FAMILY BUILDERS LLC AND ZANE COOK |

IT IS HEREBY ORDERED AND ADJUDGED THAT:

Plaintiffs' Motion for Default Judgment [25] is GRANTED. Judgment is entered in favor of Plaintiffs, Juan Lopez Ayala and Moshe Daboub, and against Defendants, Cook Family

Builders LLC and Zane Cook jointly and severally in the amount of $23,535.26 in favor of Mr. Lopez and $27,856.15 in favor of Mr. Daboub.

Post-judgment interest shall accrue on the Judgment amount at the current post-judgment rate per annum pursuant to 28 U.S.C. § 1961 from the date of the entry of this Judgment until paid in full.

DATED this 9th day of November, 2017.

*United States District Judge*

SUBMITTED BY:

s/Bonnie Allen-Sailer
**Bonnie Allen-Sailer**, OSB #145178
Northwest Workers' Justice Project
812 SW Washington St, Suite 225
Portland, OR 97205
Telephone: (503) 525-8454
Facsimile: (503) 946-3029
bonnie@nwjp.org

Of Attorneys for Plaintiffs