IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

**JUAN LOPEZ AYALA and MOSHE DABOUB,**

      Plaintiff,

v.

**COOK FAMILY BUILDERS LLC and ZANE COOK,**

      Defendants.

No. 3:17-CV-266-PK

OPINION AND ORDER

**MOSMAN, J.**,

On March 6, 2018, Magistrate Judge Paul Papak issued his Findings and Recommendation (F&R) [33], recommending that Plaintiffs' Motion for Attorney Fees [30] should be GRANTED and the Cook Defendants ordered to pay Plaintiffs' attorney fees in the amount of $14,210. No objections were filed.

## DISCUSSION

The magistrate judge makes only recommendations to the court, to which any party may file written objections. The court is not bound by the recommendations of the magistrate judge, but retains responsibility for making the final determination. The court is generally required to make a de novo determination regarding those portions of the report or specified findings or

1 – OPINION AND ORDER

recommendation as to which an objection is made. 28 U.S.C. § 636(b)(1)(C). However, the court is not required to review, de novo or under any other standard, the factual or legal conclusions of the magistrate judge as to those portions of the F&R to which no objections are addressed. *See Thomas v. Arn*, 474 U.S. 140, 149 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003). While the level of scrutiny under which I am required to review the F&R depends on whether or not objections have been filed, in either case, I am free to accept, reject, or modify any part of the F&R. 28 U.S.C. § 636(b)(1)(C).

Upon review, I agree with Judge Papak's recommendation and I ADOPT the F&R [33] as my own opinion. Plaintiffs' Motion for Attorney Fees [30] is GRANTED and the Cook Defendants are ordered to pay Plaintiffs' attorney fees in the amount of $14,210.

IT IS SO ORDERED.

DATED this  3rd  day of April, 2018.

/s/ Michael W. Mosman
MICHAEL W. MOSMAN
Chief United States District Judge